UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN KENNETH ANDERSON,

    Defendants.

_____/

Case No. 2:08-cr-25

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

In accordance with the hearing conducted before the undersigned on December 19, 2013, IT IS HEREBY ORDERED that the order setting forth the conditions of defendant's release to residential substance abuse treatment shall be vacated as the defendant has completed his course of treatment and no additional treatment is recommended. Defendant shall be detained pending further proceedings and the setting of a revocation hearing on the supervised release violation petition filed October 3, 2013.

    IT IS SO ORDERED.

Date: December 20, 2013

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge